1  B. James Fitzpatrick, Esq. (SBN: 129056)
   FITZPATRICK, SPINI & SWANSTON
2  838 South Main Street, Suite E
   Salinas, California 93901
3  Telephone: (831) 755-1311
   Facsimile:  (831) 755-1319
4

*E-Filed 3/29/10*

5  Attorneys for Plaintiffs, Casey L. McIntosh and Sonia Hurtado on behalf of themselves and all other similarly situated employees
6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN JOSE DISTRICT

10 CASEY L. MCINTOSH and SONIA HURTADO on behalf of themselves and all other similarly situated employees,

   Case No.: C 09-05657 RS

11

12 Plaintiffs,

   STIPULATION RE ORDER ALLOWING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT

13

14 v.

15 AMN CORPORATION, a California Corporation, doing business as KID'S KORNER; MICHAEL AHI; KAMIL NAVAI; MACK MOSHEN; and NAZY MOSHEN and DOES 1 through 100, Inclusive

16

17

18 Defendants.

19 AMN CORPORATION, a California corporation,

20

21 Cross-Complainant,

22 v.

23 CASEY L. MCINTOSH; LAUREN PETERSON; and ROES 1 through 20, inclusive,

24

25 Cross-Defendants.

26 AND RELATED CROSS ACTION

27

28

---

*McIntosh v. AMN Corporation, et al.*
Case No.: C 09-05657 RS

1

Stipulation RE: Order Allowing Plaintiffs' Leave to File Second Amended Complaint

This stipulation is entered into by and between Plaintiffs, CASEY L. MCINTOSH and SONIA HURTADO, on behalf of themselves and all other similarly situated employees (hereinafter referred to as "Plaintiffs"), by and through their attorney, B. James Fitzpatrick, Esq., and Defendants, AMN CORPORATION, a California Corporation doing business as KID'S KORNER, MICHAEL AHI, KAMIL NAVAI, MACK MOSHEN and NAZY MOSHEN (hereinafter referred to as "Defendants") by and through their attorney David Irwin Kornbluh, Esq.;

The parties, through their respective counsel stipulate to the following:

1. The proposed Second Amended Complaint adds SONIA HURTADO as a class representative.

2. Defendants do not object to the court issuing an order allowing Plaintiffs' leave to file the proposed Second Amended Complaint, a copy of which is attached hereto as Exhibit "A"; and

3. The Second Amended Complaint shall be deemed filed and served as to Defendants as of the date of entry of the order granting leave to file the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: MARCH 17, 2010

FITZPATRICK, SPINI & SWANSTON

By: _____
B. JAMES FITZPATRICK, ESQ.
Attorneys for Plaintiffs,
CASEY L. MCINTOSH, et al.

I, DAVID IRWIN KORNBLUH, ESQ., on behalf of Defendants, am in agreement with the above stipulation.

//

Dated: March 17, 2010

MILLER MORTON CAILLAT & NEVIS LLP

By: _____
DAVID IRWIN KORNBLUH, ESQ.
Attorneys for Defendants,
AMN CORPORATION, MICHAEL AHI;
KAMIL NAVAI; MACK MOSHEN; and NAZY MOSHEN

## ORDER

Based on the stipulation set forth above,

IT IS HEREBY ORDERED, that Plaintiffs are granted leave to file the Second Amended Complaint and that the Second Amended Complaint is hereby deemed filed and served as to Defendants as of the date of entry of the order.

SO ORDERED.

DATED: 3/29/10

_____
HONORABLE RICHARD SEEBORG

McIntosh v. AMN Corporation, et al.
Case No.: C 09-05657 RS

3

Stipulation RE: Order Allowing Plaintiffs' Leave to File Second Amended Complaint